## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Virgil K. Byrd                         :

      Plaintiff,                        :

vs.                                    :    Civil Action No. 22-CV-30-KD-C

Christine Wormuth                      :

Secretary Department of Army :

      Defendant(s)                      :

### COMPLAINT

1. Plaintiff resides at _____

2. Name(s) of defendant(s) _____

3. Location of principal office(s) of the named defendant(s) 101 Army Pentagon, Washington, DC 20310-0101

4. Nature of business of defendant(s) U.S. Army

5. Approximate number of individuals employed by defendant(s) _____

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ___✓___ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ___✓___ Other acts as specified below: RACE ((African American) sex (male), religion (Baptist), age (51) and reprisal for protected EEO activity (prior activity).

Rev. 8/2015

7.   Plaintiff is:

    (A) _____ Presently employed by the defendant.

    (B) __✓__ Not presently employed by the defendant.

        The dates of employment were _____

        (1) __✓__ Plaintiff was discharged.

        (2) _____ Plaintiff was laid off.

        (3) _____ Plaintiff left the job voluntarily.

8.   Defendant(s) discriminated against me on account of my:

    (A) __✓__ Race            __✓__ Sex

          _____ Color        _____ National Origin

          __✓__ Religion     __✓__ Reprisal

    Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) _____ Physical disability

        _____ Mental disability

    Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) _____ Age

    Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9.   The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Jimmy Ray, Lonnie Keene,

10.   The alleged discrimination occurred on or about October 2017

11.   The nature of my complaint, i.e., the manner in which the individual(s) named above

an additional memorandum to advise Complainant that he was expected to participate in the full structural fire-fighting training by October 15, 2018.

(2) On October 29, 2018, May was directed by the Battalion Chief to deem Complainant not clear for duty as a firefighter,

3.) When Lieutenant Colonel (LTC) who was Director of Public Safety, directed Complainant's removal from Federal Service, effective January 19, 2019,

discriminated against me in terms of the conditions of my employment, is as follows: Since October 2017, management officials subjected Complainant to multiple medical appointments which they scheduled to assess Complainant's fitness; on ~~October~~ September 11, 2018, management changed Complainant's duties to include participation in all departmental structural firefighting drills and ~~and~~ on September 27, 2018, management issued

12.   The alleged illegal activity took place at FT. Rucker, AL Army Installation

13.   I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about September 11, 2018

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission.  This letter was received by me on October 28, 2021

14.   I seek the following relief:

(A) __✓__ Recovery of back pay.

(B) __✓__ Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: January 26, 2022

Signature of Plaintiff

P.O. Box 102

Newton, Ala. 36352

Address of Plaintiff

(334) 733-5392

Telephone Number of Plaintiff